**STATE of Missouri, Plaintiff–Respondent,**

v.

**Thomas BAGWELL, Defendant–Appellant.**

**No. 58017.**

Missouri Court of Appeals, Eastern District, Division Three.

Jan. 8, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 7, 1991.

Gerald M. Dunne, Daniel V. O'Brien, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

### ORDER

PER CURIAM.

Defendant appeals his conviction of the sale of a schedule I controlled substance.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).